IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SIDNEY JAMES BAKER, AIS #00199075, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION NO. 1:17-cv-389-TM-N ) |
| LEON BOLLING, Warden, Fountain Correctional Facility, | ) ) ) ) |
| Respondent. | ) |

## ORDER

On October 2, 2018, the magistrate judge entered a report and recommendation to which no objections have been filed. *See* Doc. 14. After due and proper consideration of the issues raised, the recommendation is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Sidney James Baker's operative petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 3) is **DISMISSED with prejudice** as both time-barred under 28 U.S.C. § 2244(d)(1) and meritless. Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 30th day of November 2018.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE