IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SIDNEY JAMES BAKER,<br>AIS #00199075,<br><br> Petitioner,<br><br>vs.<br><br>LEON BOLLING, Warden, Fountain<br>Correctional Facility,<br><br> Respondent. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:17-cv-389-TM-N<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Sidney James Baker, such that this action under 28 U.S.C. § 2254 is **DISMISSED with prejudice**. Further, the Court determines that Baker is not entitled to a Certificate of Appealability and therefore is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 30th day of November 2018.

            /s/Terry F. Moorer
            TERRY F. MOORER
            UNITED STATES DISTRICT JUDGE